**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2026

**Via ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re.    **United States v. Carlos Gagot**
       **09 Cr. 763 (RMB)**

Dear Judge Berman:

I represent Mr. Carlos Gagot in a pending matter with the docket number 25 Cr. 502 (DLC) (S.D.N.Y.). It would assist me in my representation of Mr. Gagot to obtain access to the Presentence Investigation Report (PSR) that was prepared in connection with the above-captioned matter, over which Your Honor presided for purposes of supervised release. The Probation Department has informed the undersigned that it can only provide copies of prior PSRs pursuant to an order of the Court. The Government has no objection to this request.

Accordingly, I respectfully request that the Court endorse this application or issue an order authorizing the Probation Department to release to defense counsel Mr. Gagot's PSR from the matter with the docket number 09 Cr. 763 (RMB).

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

Application granted.

SO ORDERED:
Date: 6/2/2026
Richard M. Berman, U.S.D.J.

cc:    Counsel of record